ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     INDICTMENT

    -v.-                        :     08 Cr.

RICHARD SWYGERT,                :
    a/k/a "Rich,"                     **08 CRIM.  073**
BERNARD WILLIAMS,
    a/k/a "Zoe,"                :

           Defendants.     :

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

JUDGE SWAIN

COUNT ONE

The Grand Jury charges:

1. On or about February 28, 1996, in the Southern District of New York, RICHARD SWYGERT, a/k/a "Rich," and BERNARD WILLIAMS, a/k/a "Zoe," and others known and unknown, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, a robbery of a narcotics trafficker, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, and in the course of that crime did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, SWYGERT and WILLIAMS participated in a robbery of a drug dealer, Henry Quintin, during which robbery

Quintin was shot and killed, at 150 West 140th Street, New York, New York.

(Title 18, United States Code, Sections 924(j) and 2.)

_____          _____
Foreperson                          MICHAEL J. GARCIA DMR
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

RICHARD SWYGERT,
   a/k/a "Rich,"
BERNARD WILLIAMS,
   a/k/a "Zoe,"

                              **Defendants.**

---

<u>**INDICTMENT**</u>

08 Cr.

(Title 18, United States Code,
Section 924(j).)

---

                  <u>MICHAEL J. GARCIA</u>
                    United States Attorney

**A TRUE BILL**

_____ Foreperson.

0293