

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2008

Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

       Re:   <u>United States v. Richard Swygert, et al.</u>
              08 Cr. 073

Dear Judge Ellis:

      The Government hereby requests the Court to unseal the above-referenced Indictment and assign the case to a District Court Judge.  The Indictment was previously sealed because Richard Swygert was a fugitive, until his arrest this morning.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

               By: _____
                      Katherine A. Lemire
                      Assistant United States Attorney
                      (212) 637-2532

So Ordered:
_____
Honorable Ronald L. Ellis
United States Magistrate Judge

Date:  March 5, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08