UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA            )
                                    )
                                    )  NOTICE OF APPEARANCE AND REQUEST
              v.                    )  FOR ELECTRONIC NOTIFICATION
                                    )  08 Cr. 073
RICHARD SWYGERT,                    )
   a/k/a "Rich,"                    )
BERNARD WILLIAMS,                   )
   a/k/a "Zoe,"                     )
                                    )
              Defendants.           )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                                Southern District of New York


                              by:  _____/s/_____
                                   JESSICA A. MASELLA
                                   Assistant United States Attorney
                                   Phone: (212) 637-2288
                                   Fax: (212) 637-0084

TO:   All Counsel, Esq.
      By ECF